## UNITED STATES of America, Plaintiff–Appellee,

v.

## John Maurice MCNEIL, Defendant–Appellant.

### No. 01–7331.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 29, 2001.

Decided Dec. 10, 2001.

John Maurice McNeil, pro se. Lisa Blue Boggs, Assistant United States Attorney, Greensboro, NC, for appellee.

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

PER CURIAM.

John Maurice McNeil seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion accepting the recommendation of

the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. McNeil,* No. CR–93–256 (M.D.N.C. July 23, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*